IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL, STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRADEMARK ROOFING & SHEET METAL, INC., d/b/a Trademark Roofing, <br><br> Defendant. | Case No. 1:10cv722 (GBL/IDD) |

## ORDER

Upon consideration of the August 9, 2012, Report and Recommendation of United States Magistrate Judge Davis (Dkt. No. 26), no objection having been filed within fourteen (14) days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the Magistrate Judge. Specifically, it is

ORDERED that default judgment in favor of Plaintiffs National Stabilization Agreement of the Sheet Metal Industry Trust Fund, Sheet Metal Workers' National Pension Fund, International Training Institute for the Sheet Metal and Air Conditioning Industry, Sheet Metal Workers' International Association Scholarship Fund, National Energy Management Institute Committee, and Sheet Metal Occupational Health Institute Trust Fund, and against Defendant Trademark Roofing & Sheet Metal, Inc. is ENTERED in the amount of $171,168.90. It is further

ORDERED that Defendant Trademark Roofing & Sheet Metal, Inc. is enjoined from

further violations of the terms of the collective bargaining agreements. Defendant Trademark Roofing & Sheet Metal, Inc. is required to submit timely remittance reports and contributions to Plaintiffs. It is further

ORDERED that, if further action is required to enforce and collect this judgment, Plaintiffs may apply to this Court or to the court in which enforcement is sought for further appropriate injunctive relief in addition to the relief set out in this Order.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 5th day of September, 2012.

Alexandria, Virginia
9/5/12

                         /s/
                Gerald Bruce Lee
                United States District Judge